IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: Hancock Fabrics, Inc., et al. ) | Chapter 11 |
|       Post-Effective Date Debtor, ) | |
| _____ ) | Case No.: 16-10296 (BLS) |
| ) | |
| Hancock Fabrics, Inc., ) | (Jointly Administered) |
| ) | |
|       Plaintiff, ) | Adv. No. 18-50243 |
|   v. ) | |
| ) | |
| P. Graham Dunn, Inc., ) | |
| ) | |
|       Defendant. ) | |

## NOTICE OF SERVICE

Please take notice that on June 29, 2018, the *Defendant's First Set of Discovery Requests, Including Requests for Admission, Directed to Plaintiff* was caused to be served on the following via e-mail and Regular First Class Mail:

Joseph L. Steinfeld, Jr.
Kara E. Casteel
ASK LLP
Email: kcasteel@askllp.com

Edward E. Neiger
151 West 46th Street, 4th Floor
New York, NY 10036

Natasha M. Songongua
Gibbons P.C.
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801-1671

*Counsel for Plaintiff, Hancock Fabrics, Inc.*

| | |
|---|---|
| Dated: June 29, 2018 | COOCH AND TAYLOR, P.A. |

/s/ *R. Grant Dick IV*
R. Grant Dick, IV (Del. No. 5123)
1000 West Street, 10th Floor
P. O. Box 1680
Wilmington, DE 19899
Phone: 302-984-3800; Fax: 302-984-3089
E-mail: gdick@coochtaylor.com

J. Douglas Drushal (OH SBN 0016932)
Eric T. Michener (OH SBN #0074559)
225 North Market Street, P.O. Box 599
Wooster, OH 44691
Phone: 330-264-4444; Fax: 330-263-9278
E-mail: jdrushal@ccj.com; michener@ccj.com

*Attorneys for Defendant*